IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 24-167 |
| | : | |
| KEVIN HOLLOWAY | : | |
| MARK SCOTT | : | |
| LINTON MATHIS | : | |
| ATIBA WICKER | : | |
| KENNETH TUCK | : | |

**ORDER**

AND NOW, this 2nd day of September, 2026, upon consideration of the Government's Motion in Limine to Admit Evidence Under Federal Rule of Evidence 404(b) (ECF No. 97), the oppositions to the Motion filed by Defendants Kevin Holloway, Mark Scott, Linton Mathis, Atiba Wicker, and Kenneth Tuck (ECF Nos. 118, 121, 127, 129, 132, 134), and the parties' presentations at the May 18, 2026 oral argument on the Motion (ECF No. 163), and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Government's Motion (ECF No. 97) is GRANTED IN PART AND DENIED IN PART as follows:

1. The Motion is DENIED as to categories one, two, four, seven and eight;
2. The Motion is GRANTED IN PART as to categories three and six, as explained in the accompanying Memorandum; and
3. The Motion is GRANTED as to category five.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.