IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 24-167 |
| | : | |
| KEVIN HOLLOWAY | : | |
| MARK SCOTT | : | |
| LINTON MATHIS | : | |
| ATIBA WICKER | : | |
| KENNETH TUCK | : | |

**ORDER**

AND NOW, this 15th day of October, 2026, upon consideration of the Defendants' Supplemental Motion to Dismiss for Lack of Jurisdiction (ECF No. 172), and the Court's existing orders on this issue (ECF Nos. 184 and 197) It is ORDERED the Motion (ECF No. 172) is DENIED. [1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

[1] On August 20, 2026, the Court issued an order denying the Defendant's Joint Motion to Dismiss for Lack of Jurisdiction. ECF No. 184. The issue presented in the supplemental motion, ECF No. 172), was addressed in that Order, and the Defendant's motion was subsequently denied.